■ In the Matter of THOMAS F. HIGGINS, as Sheriff of Erie County, et al., Respondents, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Appellants. [673 NYS2d 345] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Contempt.) Present—Denman, P. J., Lawton, Pigott, Jr., Balio and Boehm, JJ. [*See, 171 Misc 2d 629.*]